United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GENEE WOODSON, | No. 1:10-CV-02844-NJV |
| Plaintiff, | ORDER REQUIRING STATUS REPORT |
| v. | |
| ASNY Company LLC, | |
| Defendant. | |

This action was filed on June 28, 2010, and an executed summons was filed on July 28, 2010. (Docket No. 3.) The Court scheduled a case management conference for October 12, 2010. (Docket No. 5.) On October 5, 2010, Plaintiff filed a notice of settlement, requesting sixty days to file a stipulation and proposed order to dismiss. (Docket No. 7.) Accordingly, the Court vacated the case management conference. (Docket No. 8.)

Plaintiff has filed nothing in this case since October 5, 2010. Accordingly, Plaintiff SHALL, within ten (10) days of the date of service of this order, file a report on the status of this case.

IT IS SO ORDERED.

Dated: April 21, 2011

NANDOR J. VADAS
United States Magistrate Judge